

**Joey Jackson
Attorney At Law
5 Penn Plaza
23rd Floor
New York, NY 10001**

Joey Jackson  
Senior Partner

Tel. (833) 563-9522  
Fax (917) 382-3133  
Cell: (917) 658-1924  
jjackson@joeyjacksonlaw.com

March 30, 2021

Hon. Kevin P. Castel  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007  
Via ECF

Application GRANTED.
SO ORDERED
Dated:  4/7/2021

*P. Kevin Castel*
United States District Judge

Re: *United States v. Kenneth Wynder*, 20 Cr. 470 (KPC)

Dear Judge Castel:

    Please accept this letter as an application, on behalf of my client Steven Whittick, who has Retained my Law Firm in connection with the above referenced matter. Mr. Whittick seeks permission to travel to the State of Georgia between June 21st, and June 30th, 2021 for social reasons. If so permitted, he will be staying with his brother at 1207 Ashbury Loop Road, Griffin, GA 30223.

    Neither the Government nor the Probation Office objects to this application. If this is agreeable, may I impose upon Your Honor to "so order" this letter and have Chambers publish it via ECF.

    Thank you for your consideration.

                              Respectfully,  
                              /s/ Joey Jackson  
                              Joey Jackson

All parties via ECF  
JJ/ms

---

**JOEY JACKSON LAW, PLLC**

5 Penn Plaza, 23rd Floor | New York, N.Y. 10001  833.JOEYJACKSON (563.9522)



www.joeyjacksonlaw.com