

July 9, 2021

Hon. Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

Application Granted.
SO ORDERED.
Dated: 7/9/2021

_____
P. Kevin Castel
United States District Judge

Re: *United States v. Kenneth Wynder*, 20 Cr. 470 (KPC)

Dear Judge Castel:

[ Please accept this letter as an application to travel, on behalf of my client Steven Whittick. Mr. Whittick seeks permission to travel to the State of Florida between August 25th 2021, and September 2nd, 2021 for social reasons. ] If so permitted, he will be staying at an address provided to Probation Officer, Chelsea Deyo, which is contained on the Travel Application Approval Form. Said form was previously completed by Mr. Whittick and presented to Ms. Deyo. It will be made available to your Honor, should the Court wish to review same.

Neither the Government nor the Probation Office objects to this application. If this is agreeable, may I impose upon Your Honor to "so order" this letter and have Chambers publish it via ECF.

Thank you for your consideration.

Respectfully,

By: *Joey Jackson*
Joey Jackson

All parties via ECF
JJ/ cl

---

**JOEY JACKSON LAW, PLLC**

5 Penn Plaza, 23rd Floor | New York, N.Y. 10001  833.JOEYJACKSON (563.9522)

