UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                        20-cr-470 (PKC)

       -against-                                             ORDER

STEVEN WHITTICK,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter will take place on July 16, 2021 at 11 a.m. The public may access an audio feed of the proceeding at the following number:

        Dial-in: (888) 363-4749

        Access Code: 3667981

        Members of the public must mute their phones and are not permitted to speak during the proceeding.

        SO ORDERED.

                                                        P. Kevin Castel
                                          United States District Judge

Dated:   New York, New York
            July 14, 2021