Case 1:20-cr-00470-PKC Document 66 Filed 09/15/21 Page 1 of 1



# JOEY JACKSON LAW PLLC

September 15, 2021

Hon. Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
9-15-21

Re: *United States v. Kenneth Wynder*, 20 Cr. 470 (KPC)

Dear Judge Castel:

Please accept this letter as an application to travel, on behalf of my client, Mr. Steven Whittick. Mr. Whittick seeks permission to travel to the Atlantic City, in the State of New Jersey, between September 26th, 2021, and September 27th, 2021, for his anniversary. If Your Honor so permits, he will be staying at an address provided to Probation Officer, Chelsea Deyo, which is contained on the Travel Application Approval Form. Said form was previously completed by Mr. Whittick and presented to Ms. Deyo. It will be made available to your Honor, should the Court wish to review same.

Neither the Government nor the Probation Office objects to this application. If this is agreeable, may I impose upon Your Honor to "so order" this letter and have Chambers publish it via ECF.

Thank you for your consideration.

Respectfully,

By: *Joey Jackson*
Joey Jackson

All parties via ECF
JJ/ cl

**JOEY JACKSON LAW, PLLC**

5 Penn Plaza, 23rd Floor | New York, N.Y. 10001  833.JOEYJACKSON (563.9522)

